

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ESW CAPITAL, L.L.C., | § | No. 08-19-00256-CV |
| Appellant, | § | Appeal from the |
| v. | § | 200th District Court |
| PLATO LABS, INC., | § | of Travis County, Texas[1] |
| Appellee. | § | (TC# D-1-GN-17-000883) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs are assessed against the party that incurred them, and this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.